

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00266-CV

Cecilia A. **CASTELLANO**,
Appellant

v.

**BELT BUILT CONTRACTING, LLC**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-20606
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: September 14, 2022

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that the parties have filed a motion to dismiss the underlying suit and have also agreed to the dismissal of this interlocutory appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM